IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Cambrian Holding Company, Inc., et al.,**[1] | ) | Case No. 19-51200 (GRS) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| **Debtors.** | ) | |
| | ) | Honorable Gregory R. Schaaf |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identity of the appellant**

1. Name(s) of appellant(s): Hazard Coal Corporation

2. Position of appellant in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
___ Plaintiff
___ Defendant
___ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
___ Debtor
___ Creditor
___ Trustee
_X_ Other (describe); The appellant, Hazard Coal Corporation, is a lessor of coal under a 1981 Coal Lease to debtor, Perry County Coal LLC (the "HCC Lease"), which was purportedly assigned to American Resources Corporation and/or its subsidiary Perry County Resources LLC.

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LC (5085).

1

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, or, or decree appealed from: Order, entered January 22, 2021 [ECF No. 1499], declaring that an assignment of the HCC Lease to American Resources Corporation/Perry County Resources LLC was approved by the Bankruptcy Court, a copy of which is attached as **Exhibit A** and accompanies this Notice.

2. State the date on which the judgment, order, or decree was entered: Order, entered January 22, 2021 [ECF No. 1499].

**Part 3: Identify the other parties to the appeal**

1. Parties: Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LC (5085).

    Debtors Address:    Cambrian Holding Company, Inc.
                                   c/o Patricia K. Burgess, Esq.
                                   Frost Brown Todd LLC
                                   250 West Main Street, Suite 2800
                                   Lexington, KY 40507-1749
                                   Telephone: (859) 231-0000

    Attorneys:          Todd M. Brooks, Esq.
                                   Seven Saint Paul Street, 15th Floor
                                   Baltimore, MD 21202
                                   Telephone: (410) 347-9421

                                   Patricia K. Burgess, Esq.
                                   Frost Brown Todd LLC
                                   7310 Turfway Road, Suite 210
                                   Florence, KY 41042-1374
                                   Telephone: (859) 817-5905

210205

Patricia K. Burgess, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749
Telephone: (859) 231-0000

Masten Childers, III, Esq.
Whiteford, Taylor & Preston, LLP
161 North Eagle Creek Drive, Suite 210
Lexington, KY 40507
Telephone: (859) 687-6699

Bradford F. Englander, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-9081

Ronald E. Gold, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800

Christopher A. Jones, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9263

Benjamin M. Katz, Esq.
Frost Brown Todd LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550

Adam R. Kegley, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1742
Telephone: (859) 231-0000

210205

Douglas L. Lutz, Esq.
Frost Brown Todd LLC
301 East Fourth Street
Cincinnati, OH 45202-4182
Telephone: (513) 651-6724

Bennett M. Parker, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. 4th Street
Cincinnati, OH 45202
Telephone: (513) 651-6800

Michael J. Roeschenthaler, Esq.
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222
Telephone: (412) 618-5601

Daniel R. Schimizzi, Esq.
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222
Telephone: (412) 275-2401

A. J. Webb, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800

Tyler Powell, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749
Telephone: (859) 231-0000

2. Party: United States Trustee

United States Trustee
100 E. Vine St. Suite 500
Lexington, KY 40507

        Attorneys:    John Daugherty, Esq.
Assistant United States Trustee
100 E. Vine Street, Suite 500
Lexington, KY 40507
Telephone: (859) 233-2822

                      Rachelle C. Bolton, Esq.
100 E. Vine Street, Suite 500
Lexington, KY 40507
Telephone: (859) 233-2822

                      Bradley M. Nerderman, Esq.
100 E. Vine Street, Suite 500
Lexington, KY 40507
Telephone: (859) 233-2822

3.    Party: Official Committee of Unsecured Creditors of Cambrian Coal Holding Company, Inc., *et al.*

        Attorneys:    T. Kent Barber, Esq.
Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Telephone: (859) 296-4372

                      Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Telephone (859) 296-4372

                      Foley & Lardner LLP
321 N. Clark, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500

                      Geoffrey S. Goodman, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500

                      Brittany J. Nelson, Esq.
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone: (202) 295-4732

210205

4. Party: American Resources Corporation

    Attorney: Billy R. Shelton, Esq.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509
Telephone: (859) 294-6868

    Attorney: Michael J. Gartland, Esq.
Delcotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507
Telephone (859) 231-5800

5. Party: Perry County Resources LLC

    Attorney: Billy R. Shelton, Esq.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509
Telephone: (859) 294-6868

**Part 4: Option election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in the judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

    __X__ Appellant elects to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Stanton L. Cave                                            Date: February 5, 2021
_____
Signature of attorney for appellant(s) (or appellant(s)
If not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

Stanton L. Cave, Esq.
Law Office of Stan Cave
P.O. Box 910457
Lexington, KY 40591-0457
Telephone: (859) 309-3000
Email: stan.cave@stancavelaw.com

Douglas T. Logsdon, Esq.
Kathryn A. Eckert, Esq.
McBRAYER PLLC
201 East Main Street, Suite 900
Lexington, KY 40507
Telephone: (859) 231-8780
Email: dlogsdon@mcbrayerfirm.com
Email: keckert@mcbrayerfirm.com

*Counsel for Appellant, Hazard Coal Corporation*

Fee waiver notice: If appellant is a child support creditor or its representative and appelalant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to Inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

### CERTIFICATE OF SERVICE

A copy of the foregoing was served electronically via the Court's CM/ECF electronic service. A copy of the foregoing was also served by depositing same in the United States Mail, first class, postage prepaid, addressed to the following on February 5, 2021:

Cambrian Holding Company, Inc.
c/o Patricia K. Burgess, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749

Todd M. Brooks, Esq.
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202

210205

Patricia K. Burgess, Esq.
Frost Brown Todd LLC
7310 Turfway Road, Suite 210
Florence, KY  41042-1374

Patricia K. Burgess, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY  40507-1749

Masten Childers, III, Esq.
Whiteford, Taylor & Preston, LLP
161 North Eagle Creek Drive, Suite 210
Lexington, KY  40507

Bradford F. Englander, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA  22042-4510

Ronald E. Gold, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202

Christopher A. Jones, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA  22042

Benjamin M. Katz, Esq.
Frost Brown Todd LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN  37201

Adam R. Kegley, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY  40507-1742

Douglas L. Lutz, Esq.
Frost Brown Todd LLC
301 East Fourth Street
Cincinnati, OH  45202-4182

210205

Bennett M. Parker, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. 4th Street
Cincinnati, OH 45202

Michael J. Roeschenthaler, Esq.
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222

Daniel R. Schimizzi, Esq.
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222

A. J. Webb, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202

Tyler Powell, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749

United States Trustee
100 E. Vine St. Suite 500
Lexington, KY 40507

John Daugherty, Esq.
Assistant United States Trustee
100 E. Vine Street, Suite 500
Lexington, KY 40507

Rachelle C. Bolton, Esq.
100 E. Vine Street, Suite 500
Lexington, KY 40507

Bradley M. Nerderman, Esq.
100 E. Vine Street, Suite 500
Lexington, KY 40507

9

210205

T. Kent Barber, Esq.
Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513

Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513

Foley & Lardner LLP
321 N. Clark, Suite 2800
Chicago, IL 60610

Geoffrey S. Goodman, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610

Brittany J. Nelson, Esq.
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007

Billy R. Shelton, Esq.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509

Billy R. Shelton, Esq.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Suite 200
Lexington, KY 40509

Michael J. Gartland, Esq.
Delcotto Law Group PLLC
200 North Upper Street
Lexington, KY 40507

And to those parties identified with addresses not otherwise served on the attached Label Matrix for Local Noticing 0643-5, Case 19-51200-grs, Eastern District of Kentucky Lexington, Friday, February 5, 2021, 10:46:29 EST, attached as **Exhibit B**.

*Douglas T. Logsdon*

_____

Douglas T. Logsdon, Esq.
*Counsel for Hazard Coal Corporation*