UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**IN RE**

| | |
|---|---|
| **CAMBRIAN HOLDING COMPANY, INC.,** *et al*[1] | **CASE NO.19-51200** |
| **DEBTORS** | **JOINTLY ADMINISTERED** |

**TRANSMITTAL COVER SHEET FOR RECORD ON APPEAL**

APPELLANT(S):

Hazard Coal Corporation

    Counsel:

    Stanton L. Cave
    Law Office of Stan Cave
    PO box 910457
    Lexington KY 40591-0457
    859-309-3000
    Stan.cave@stancavelaw.com

    Douglas T. Logsdon
    Kathryn A. Eckert
    McBrayer PLLC
    201 East Main Street, Suite 900
    Lexington KY 40507
    859-231-8780
    dlogsdon@mcbrayerfirm.com
    keckert@mcbrayerfirm.com

---

[1] The Debtors in these Chapter 11 cases are (with the last four digits of their federal tax identification numbers in parentheses): Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LLC (5085).

OTHER PARTIES TO THE APPEAL:

1. Parties: Cambrian Holding Company, Inc. (8203), Cambrian Coal LLC (3394), Apex Energy, Inc. (3455), C.W. Augering, Inc. (2875), Marshall Resources, Inc. (9735), PLM Holding Company LLC (7427), Bear Branch Coal LLC (0674), Clintwood Elkhorn Mining LLC (6910), Gatliff Coal LLC (5768), Perry County Coal LLC (4382), Ray Coal LLC (0981), Whitaker Coal LLC (8270), Pike-Letcher Land LLC (8952), Premier Elkhorn Coal LLC (8951), Raven Rock Development LLC (1351), Rich Mountain Coal LLC (1974), S.T. & T. Leasing, Inc. (0340), T.C. Leasing, Inc. (7705), and Shelby Resources, LC (5085).

Debtors Address:   Cambrian Holding Company, Inc.
c/o Patricia K. Burgess, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749
Telephone: (859) 231-0000

Attorneys:   Todd M. Brooks, Esq.
Seven Saint Paul Street, 15th Floor
Baltimore, MD 21202
Telephone: (410) 347-9421

Patricia K. Burgess, Esq.
Frost Brown Todd LLC
7310 Turfway Road, Suite 210
Florence, KY 41042-1374
Telephone: (859) 817-5905

**Debtor counsel continued on next page.

Patricia K. Burgess, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749
Telephone: (859) 231-0000

Masten Childers, III, Esq.
Whiteford, Taylor & Preston, LLP
161 North Eagle Creek Drive, Suite 210
Lexington, KY 40507
Telephone: (859) 687-6699

Bradford F. Englander, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042-4510
Telephone: (703) 280-9081

Ronald E. Gold, Esq.
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800

Christopher A. Jones, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042
Telephone: (703) 280-9263

Benjamin M. Katz, Esq.
Frost Brown Todd LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5550

Adam R. Kegley, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1742
Telephone: (859) 231-0000

**Debtor counsel continued on next page.

Douglas L. Lutz, Esq.
Frost Brown Todd LLC
301 East Fourth Street
Cincinnati, OH 45202-4182
Telephone: (513) 651-6724

Bennett M. Parker, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. 4th Street
Cincinnati, OH 45202
Telephone: (513) 651-6800

Michael J. Roeschenthaler, Esq.
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222
Telephone: (412) 618-5601

Daniel R. Schimizzi, Esq.
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222
Telephone: (412) 275-2401

A. J. Webb, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800

Tyler Powell, Esq.
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749
Telephone: (859) 231-0000

2. Party: United States Trustee

United States Trustee
100 E. Vine St. Suite 500
Lexington, KY 40507

**UST counsel continued on next page

       Attorneys:    John Daugherty, Esq.
Assistant United States Trustee
100 E. Vine Street, Suite 500
Lexington, KY 40507
Telephone: (859) 233-2822

                     Rachelle C. Bolton, Esq.
100 E. Vine Street, Suite 500
Lexington, KY 40507
Telephone: (859) 233-2822

                     Bradley M. Nerderman, Esq.
100 E. Vine Street, Suite 500
Lexington, KY 40507
Telephone: (859) 233-2822

3.   Party: Official Committee of Unsecured Creditors of Cambrian Coal Holding Company, Inc., *et al.*

       Attorneys:    T. Kent Barber, Esq.
Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Telephone: (859) 296-4372

                     Barber Law PLLC
2200 Burrus Drive
Lexington, KY 40513
Telephone (859) 296-4372

                     Foley & Lardner LLP
321 N. Clark, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500

                     Geoffrey S. Goodman, Esq.
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500

                     Brittany J. Nelson, Esq.
Foley & Lardner LLP
3000 K Street NW, Suite 600
Washington, DC 20007
Telephone: (202) 295-4732

4. Party: American Resources Corporation

    Attorney: Billy R. Shelton, Esq.
    Shelton, Branham & Halbert PLLC
    2452 Sir Barton Way, Suite 200
    Lexington, KY 40509
    Telephone: (859) 294-6868

    Attorney: Michael J. Gartland, Esq.
    Delcotto Law Group PLLC
    200 North Upper Street
    Lexington, KY 40507
    Telephone (859) 231-5800

5. Party: Perry County Resources LLC

    Attorney: Billy R. Shelton, Esq.
    Shelton, Branham & Halbert PLLC
    2452 Sir Barton Way, Suite 200
    Lexington, KY 40509
    Telephone: (859) 294-6868

ECF No. 1532 Notice of Appeal to District Court filed by Hazard Coal Corporation

ECF No. 1533 Motion for Leave to Appeal to District Court filed by Hazard Coal Corporation